908

No. 75–5416. MEEKS v. HAVENER, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Doyle* v. *Ohio,* 426 U. S. 610.

No. 75–5983. THOMPSON v. NORTH CAROLINA. Sup. Ct. N. C. Petitioner in this case was sentenced to death. Imposition and carrying out of the death penalty in this case constitute cruel and unusual punishment in violation of Eighth and Fourteenth Amendments. *Woodson* v. *North Carolina, ante,* p. 280. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and set case for oral argument.

No. A–1121. GOLDSWER v. NEW YORK. Application for stay of execution of judgment of the Court of Appeals of New York, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 75–1440. MAHER, COMMISSIONER OF SOCIAL SERVICES OF CONNECTICUT v. ROE ET AL. Appeal from D. C. Conn. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.